# United States District Court, Eastern District of Washington
## Magistrate Judge John T. Rodgers
Spokane

**USA v. KURT ALLEN HASKIN**            Case No.    **2:19-CR-0046-SMJ-1**

**Arraignment/Initial Appearance on Indictment/**            03/06/2019
**Detention Hearing:**

| | | | |
|---|---|---|---|
| ☒ | Melissa Orosco, Courtroom Deputy | ☒ | Ann Wick, US Atty |
| ☒ | Stephanie Cherney, US Probation / Pretrial Services Officer | ☒ | Lorinda Youngcourt, Defense Atty |
| ☒ | Defendant present ☒ in custody USM | ☒ | Interpreter - **NOT REQUIRED** |

| | | | |
|---|---|---|---|
| ☒ | USA Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of Indictment |
| ☒ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of Indictment |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Indictment read in open court |
| ☐ | PRE-Trial Services Report ordered | ☐ | POST Pre-Trial Services Report ordered |
| | | ☒ | AO199c Advice of Penalties & Sanctions filed |

## REMARKS

**INITIAL APPEARANCE/ARRAIGNMENT**:

　　Defendant appeared with counsel and was advised of his rights and the allegations contained in the Indictment.
　　The Defendant acknowledged to the Court that his true and correct name is: KURT ALLEN HASKIN.
　　"Not guilty" plea entered.
　　Based on information contained in the Financial Affidavit, the Court appointed the Federal Defenders to represent Defendant in this matter.

　　Government has filed a motion for detention.

　　Defendant requested a detention hearing be held this date.  Government in agreement.

**DETENTION HEARING**:

　　The Court has reviewed the Pretrial Services Report (ECF No. 7).
　　USA proffered the Pretrial Services Report, made factual proffers and does not concur with Pretrial Services' recommendation of release of the Defendant.

USA argued why the Court should detain the Defendant and why there are no conditions of release which will reasonably assure Defendant's appearance as required and/or the safety of any other person and the community.

Defense presented argument for release.

**The Court ordered:**
1. USA's Motion for Detention is **denied**.
2. Conditions of release imposed upon Defendant which were read to him in Court. Order forthcoming.

Defendant to be released under the following conditions:

- Commit no new violations of state, local or federal law, to include no marijuana
- Advise attorney and Pretrial Services, in writing, prior to any change in address or phone number
- Appear for all future hearings
- Surrender passport prior to release
- Sign 199c
- No possession of firearm, destructive device or other dangerous weapon
- Report to Pretrial Services in whatever manner/frequency they direct
- Call attorney at least one time per week
- No use or possession of narcotic drugs or other controlled substances unless have valid prescription, to include no marijuana
- Provide supervising Pretrial Services Officer with a list of current prescriptions
- Remain in Eastern District of Washington pending adjudication of case, unless receive advance permission from Pretrial Services to leave district
- Avoid all contact, direct or indirect, with any witness or victim in case
- May not be in the presence of minor-aged children without a responsible adult who is aware of charges being present
- No access to Internet, except for business purposes
- Covenant Eyes monitoring
- Daily curfew from 7 pm to 6:30 am
- Electronic home monitoring
- May not frequent areas where minor-aged children are present, including arcades, theaters, parks, etc.
- Not within 500 feet of a school or park
- No excessive use of alcohol
- No access/possession of pornography of any kind