FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 20, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KURT ALLEN HASKIN,<br><br>Defendant. | No. 2:19-CR-00046-SMJ-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS<br><br>**MOTION GRANTED**<br>**(ECF No. 18)** |

Before the Court is Defendant's Unopposed Motion for Modification of Release Conditions, **ECF No. 18**. Defendant recites in his motion that neither the United States, nor U.S. Probation oppose this request.

Specifically, Defendant requests permission to change his daily curfew from 7:00 p.m. to 8:00 p.m. to allow him to transport his wife to work.

**IT IS ORDERED**, that Defendant's Motion, **ECF No. 18**, is **GRANTED**. Defendant's curfew is modified from 7:00 p.m. to 8:00 p.m.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED March 20, 2019.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1