FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 23, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KURT ALLEN HASKIN,<br><br>Defendant. | No. 2:19-CR-00046-SMJ-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO TEMPORARILY MODIFY CONDITIONS OF PRETRIAL RELEASE<br><br>**MOTION GRANTED**<br>**(ECF No. 26)** |

Before the Court is Defendant's Motion to Modify Conditions of Release, **ECF No. 26**. Defendant recites in his motion that neither the United States, nor U.S. Probation oppose this request.

Specifically, Defendant requests permission to travel outside the Eastern District of Washington to retrieve a tractor and bring it back to this district.

**IT IS ORDERED**, that Defendant's Motion, **ECF No. 26**, is **GRANTED**. Defendant is permitted to travel from Tonasket, Washington to Ethol, Washington in the Western District of Washington on Saturday, April 27, 2019. He will then drive to Yakima, Washington where he will spend the night and return to Tonasket on Sunday, April 28, 2019. Prior to departure Defendant shall provide Pretrial Services with the address where he will be staying and a phone number where he can be contacted at any time.

//

//

ORDER - 1

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED April 23, 2019.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2